**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUMAH THOMAS MOORE-ALI, | No. 08-15425 |
| Plaintiff - Appellant, | D.C. No. 4:05-CV-02676-SBA |
| v. | |
| JEANNE WOODFORD; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Saundra Brown Armstrong, District Judge, Presiding

Submitted March 16, 2010[**]

Before:    SCHROEDER, PREGERSON, and LEAVY, Circuit Judges.

California state prisoner Jumah Thomas Moore-Ali appeals pro se from the

district court's order denying his application to pursue his civil rights action in

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

forma pauperis ("IFP").  We have jurisdiction under 28 U.S.C. § 1291.  We review for abuse of discretion.  *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990).  We affirm.

Moore-Ali does not contest on appeal that he is a three-strikes filer under 28 U.S.C. § 1915(g).  Moreover, the district court correctly determined that he did not show that he was "under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  The harm Moore-Ali alleged occurred approximately one year before he filed the action.  Accordingly, the district court properly denied his IFP application.

**AFFIRMED.**